UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANDELA BROCK                                              :

                                                                     :      <u>ORDER</u>

                  Plaintiffs,

                                                                  :      21 Civ. 3087 (PGG) (GWG)

   -v.-
                                                                   :

THE CITY OF NEW YORK et al.,                               :

                                                                   :

                  Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Any reply brief from the defendants in response to plaintiff's opposition (Docket # 47) to their motion to dismiss (Docket # 44) shall be filed by July 8, 2022.


      SO ORDERED.

Dated: June 21, 2022
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge