UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANDELA BROCK                                          :

             Plaintiff,                         :        ORDER

    -v.-                                                         :
                                                       21 Civ. 3087 (PGG) (GWG)
THE CITY OF NEW YORK et al.,                       :

            Defendants.                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Under Local Rule 6.1(b), plaintiff's response to the motion to dismiss dated January 13, 2023 (Docket ## 61, 62), was due on January 27, 2023. No opposition has been filed however. By February 24, 2023, plaintiff is ordered to either (1) file a letter stating that he does not oppose the motion to dismiss or (2) file a letter or memorandum of law setting forth his opposition to that motion. If plaintiff opposes the motion, any reply may be filed within 14 days of the filing of plaintiff's opposition.

      Plaintiff is warned that if he fails to comply with this Order, his claims against the moving defendants may be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

      SO ORDERED.

Dated: February 10, 2023
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge