UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANDELA BROCK                                      :

             Plaintiff,                         :     ORDER

   -v.-                                                      :
                                                  21 Civ. 3087 (PGG) (GWG)
THE CITY OF NEW YORK et al.,              :

            Defendants.                    :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendants ACACIA Network, Inc., Tatiana Cave, and Daniel Reyes filed a motion for summary judgment on March 2, 2023 (Docket ## 68-70).  Under Local Rule 6.1(b) and as stated in the Notice of Motion accompanying the summary judgment papers, plaintiff's response to the motion was due on March 16, 2023.  Plaintiff did not timely file a response.  Plaintiff has also failed to timely respond to a pending motion to dismiss filed January 13, 2023 (Docket ## 61-62) as well as to an Order to Show Cause issued on March 13, 2023 (Docket # 72).

      In light of these circumstances, by April 18, 2023, plaintiff is ordered to either (1) file a letter stating that he does not oppose the motion for summary judgment or (2) file a letter or memorandum of law setting forth his opposition to that motion.  If plaintiff opposes the motion, any reply may be filed within 14 days of the filing of plaintiff's opposition.

      <u>Plaintiff is warned that if he fails to comply with this Order, his claims in this case may be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).</u>

      SO ORDERED.

Dated: April 4, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge